United States District Court
Southern District of Texas
**ENTERED**
February 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY WARD | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 22-2974 |
| | § | |
| BENTHIC USA LLC, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion to Remand on Abstention (Doc. No. 51); Defendants' Response (Doc. No. 523); and Judge Sheldon's Memorandum and Recommendation (Doc. No. 53) that the Court deny the Motion to Remand Based on Abstention. Neither party filed objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that this case does not present one of "the rare instances" calling for abstention. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 53) is **ADOPTED** and Plaintiff's Motion to Remand on Abstention (Doc. No. 51) is **DENIED**.

SIGNED this 17th day of February 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE